UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALESTRIERE PLLC<br><br>                  Plaintiff,<br><br>-v-<br><br>JAMAL E. WATSON<br><br>                  Defendant. | Case No. 08 CV 0578<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_Balestriere PLLC_ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: 3/4/08

Signature of Attorney

Attorney Bar Code: ZL-d45d

Form Rule7_1.pdf SDNY Web 10/2007