UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
Balestriere PLLC,

                Plaintiff,

                                      08 Civ.578(RWS)

    vs.

                                          O R D E R

Jamal E. Watson

                Defendant.
----------------------------------X

**Sweet, D.J.,**

    For failure to prosecute, this action is hereby dismissed without prejudice. Plaintiff is given an additional thirty(30) days to show cause why the case should be reopened.

    It is so ordered.

**New York,NY**
June /2, 2008

                                          /s/ Sweet
                                       ROBERT W. SWEET
                                           U.S.D.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08
```