UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------X   Index No.   08 CV 0578

BALESTRIERE PLLC.,

                Plaintiff(s)

        Against                                             Affidavit of Service of
                                                                  U.S. District Summons in a
JAMAL E. WATSON,                                  Civil Case with Complaint

                Defendant(s)
---------------------------------------------------------------X

STATE OF NEW JERSEY, COUNTY OF CAMDEN, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BURINGTON COUNTY, NJ

That on May 19, 2008 at 07:00 PM at the address

        2151 ROUTE 38 APT 708
        CHERRY HILL, NJ 08002

deponent served the within U.S. District Summons in a Civil Case with Complaint

UPON:   JAMAL E. WATSON

By affixing a true copy of the U.S. District Summons in a Civil Case with Complaint to the door of said premises which is the actual place of dwelling of said served with the state.
Deponent was unable, with due diligence, to find said served or a person of suitable age and discretion thereat.

Attempts to serve the defendant were made on the following:

    May 05, 2008 at 09:00 PM,    May 06, 2008 at 02:30 PM,    May 07, 2008 at 06:00 PM,    May 09, 2008 at 10:00 AM

Deponent describes the dwelling as follows:
residential apartment building with secured mechanical fence
On 5/20/2008, deponent enclosed a copy of the U.S. District Summons in a Civil Case with Complaint in a postpaid envelope properly addressed to the last known address of said served at:

2151 ROUTE 38 APT 708
CHERRY HILL, NJ 08002

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this 28th day of May, 2008

STEPHEN LEONI
LICENSE NO.: 7134

MARGARET MULLANE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires October 14, 2009

Nicoletti & Harris, Inc.,
116 John Street
New York, NY 10038

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

BALESTRIERE PLLC

V.

JAMAL E. WATSON

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**08 CV 0578**

**JUDGE SWEET**

TO: (Name and address of Defendant)

Jamal E. Watson
2151 Route 38 East, #708
Cherry Hill, NJ 08002

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_/s/ J. Torres Quintero_
(By) DEPUTY CLERK

DATE    JAN 2 3 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5-19-08 |
| NAME OF SERVER (PRINT) STEPHEN P. LEDONNE | TITLE NJ Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: After 9 attempts, The client instructed us to leave the documents at the address, document were slid under door and a copy of the documents were mailed on 5-20-08.

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-19-2008
        Date                Signature of Server

24-SEVEN INVESTIGATIONS,
SECURITY & LEGAL SERVICES, INC.
Address of Server 1913 GREENTREE ROAD, SUITE A
CHERRY HILL, NJ 08003
1-877-266-0007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.