UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALESTRIERE PLLC,<br><br>    Plaintiff,<br><br>- against -<br><br>JAMAL E. WATSON,<br><br>    Defendant. | Index No.: 08-cv-578 (RWS)<br><br>ECF<br><br>**AFFIDAVIT OF CRAIG STUART LANZA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR <u>ENTRY OF DEFAULT JUDGMENT</u>** |

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK )

  I, the undersigned Craig Stuart Lanza, being sworn, state as follows:

  1. I am a member of the Bar of this Court and am an attorney in the law firm Balestriere Lanza PLLC, formerly called Balestriere PLLC ("Balestriere").

  2. I am not a minor, mentally incompetent, nor in the military service of the United States.

  3. I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant.

  4. Attached to this affidavit are true and correct copies of the following documents:

  <u>Exhibit A</u> – Affidavit of service

  <u>Exhibit B</u> – Summary of costs and expenses incurred in this action

5.  Plaintiff commenced this action against Defendant by filing its Summons and Complaint with this Court on January 23, 2008.

6.  Plaintiff's Complaint sought relief in the amount of $120,684.74 for non-payment of legal fees for the Firm's defense of Mr. Watson in a criminal matter.

7.  For nearly two months, Plaintiff's counsel attempted to serve Mr. Watson with the Summons and Complaint, but these efforts were unavailing.

8.  In order to locate the Defendant, Plaintiff's counsel contacted various agencies who had handled Defendant's criminal matter and even attempted to speak with Defendant's probation officer.

9.  After learning of Defendant's address, listed as 2151 Route 38 East, Apartment 708, Cherry Hill, New Jersey 08002, Plaintiff's counsel instructed its process server to serve Defendant, but the process server was unable to effect personal service.

10. It appeared plain that Defendant was intentionally eluding service.

11. To that end, Plaintiff's counsel advised its process server to "nail and mail" the Summons and Complaint pursuant to F.R.C.P. 4(e)(1) and N.Y. C.P.L.R. § 308(4). Service by this means was effectuated on May 19, 2008. (*See* Exhibit A.)

12. Under F.R.C.P. 12(a)(1), Defendant had until June 19, 2008, to respond.

13. Notwithstanding, nearly seven months after Plaintiff filed its Complaint, Defendant has failed to file an appearance, submit an answer, or respond in any manner to Plaintiff's Complaint.

14. In connection with prosecuting this action against Mr. Watson, the Firm has spent numerous hours and has incurred costs of $592.00 in filing fees and service costs. (*See* Exhibit B.)

15. This action seeks judgment for the liquidated amount of $120,684.74, with interest at 6.5% from January 23, 2007, amounting to an additional $3,978.23, plus other costs and disbursements of this action in the amount of $592.00, for a total of $125,254.97, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid as therein set forth.

16. The disbursements sought to be taxed have been made in this action or will necessarily be made herein.

WHEREFORE, plaintiff requests entry of Default and the entry of the annexed Judgment against defendant.

Dated: New York, New York
    July 29, 2008

_____
Craig Stuart Lanza

Sworn to before me on ___29th___, __July__

_____
Notary Public

JOHN BALESTRIERE
NOTARY PUBLIC STATE OF NEW YORK
NO. 02BA6121509
QUALIFIED IN COUNTY OF NEW YORK
COMMISSION EXPIRES 01/18/2009

# Exhibit A

UNITED STATES DISTRICT COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------------X   Index No.   08 CV 0578
BALESTRIERE PLLC.,

                Plaintiff(s)

     Against                                                   Affidavit of Service of

JAMAL E. WATSON,                               U.S. District Summons in a
                                                                   Civil Case with Complaint

               Defendant(s)
---------------------------------------------------------------------X

STATE OF NEW JERSEY, COUNTY OF CAMDEN, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BURNINGTON COUNTY, NJ

That on May 19, 2008 at 07:00 PM at the address
        2151 ROUTE 38 APT 708
        CHERRY HILL, NJ 08002

deponent served the within U.S. District Summons in a Civil Case with Complaint

UPON:  JAMAL E. WATSON

By affixing a true copy of the U.S. District Summons in a Civil Case with Complaint to the door of said premises which is the actual place of dwelling of said served with the state.
Deponent was unable, with due diligence, to find said served or a person of suitable age and discretion thereat.

Attempts to serve the defendant were made on the following:

    May 05, 2008 at 09:00 PM,   May 06, 2008 at 02:30 PM,   May 07, 2008 at 06:00 PM,   May 09, 2008 at 10:00 AM

Deponent describes the dwelling as follows:
residential apartment building with secured mechanical fence
On 5/20/2008, deponent enclosed a copy of the U.S. District Summons in a Civil Case with Complaint in a postpaid envelope properly addressed to the last known address of said served at:

2151 ROUTE 38 APT 708
CHERRY HILL, NJ 08002

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

Sworn to before me this 28th day of May, 2008

STEPHEN LEONI
LICENSE NO.: 7134

MARGARET MULLANE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires October 14, 2009

Nicoletti & Harris, Inc.,
116 John Street
New York, NY 10038

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

BALESTRIERE PLLC

V.

JAMAL E. WATSON

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0578**

**JUDGE SWEET**

TO: (Name and address of Defendant)

Jamal E. Watson
2151 Route 38 East, #708
Cherry Hill, NJ 08002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig Stuart Lanza
Balestriere PLLC
225 Broadway, Suite 2700
New York, NY 10007

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                           JAN 2 3 2008

CLERK                                                        DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 5-19-08 |
| NAME OF SERVER (PRINT) STEPHEN P. LEDOUX | TITLE NJ Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: After 9 attempts, the client instructed us to leave the documents at the address, documents were slid under door and a copy of the documents were mailed on 5-20-08.

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-19-2008           [signature]
                  Date                   Signature of Server

24-SEVEN INVESTIGATIONS,
SECURITY & LEGAL SERVICES, INC.
1913 GREENTREE ROAD, SUITE A
CHERRY HILL, NJ 08003
1-877-266-0007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Exhibit B

**BALESTRIERE LANZA PLLC**
225 Broadway, Suite 2900
New York, NY 10007
www.balestriere.net

Date:   07/24/2008

Re:     *Balestriere PLLC v. Jamal Watson*, No. 08-cv-0578

*Services Rendered*

| Date | Description | Charges |
|---|---|---|
| 1/23/2008 | Fee for filing complaint in Federal Court | $350.00 |
| 4/2/2008 | Nicoletti & Harris Service Charges | $97.00 |
| 5/19/2008 | Nicoletti & Harris Service Charges | $145.00 |
| Total Expenses: | | $592.00 |